UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                            Case No. 10-47337-RAM

    LAURIS BOULANGER, INC.,                Chapter 7

    Debtor.
_____/
DREW M DILLWORTH AS CHAPTER 7
TRUSTEE,

    Plaintiff,                                Adv. Case No._____
-vs-

CITIZENS PROPERTY INSURANCE
CORPORATION,

    Defendant.
_____/

## STATEMENT OF JAMES B. MILLER

I, JAMES B. MILLER, ESQ., pursuant to 28 U.S.C. § 1746(2), under penalty of perjury and swear to the following:

COMES NOW, James B. Miller, Esq., as counsel to the Plaintiff/Chapter 7 Trustee, Drew M. Dillworth, and hereby certifies that, at present, there are no available monies in the online account with which to pay the adversary filing fee online in this matter.

However, once the Trustee receives the receipt said filing fee shall be paid over to the Clerk of this Court in this matter.

FURTHER AFFIANT SAYETH NAUGHT.

                                                JAMES B. MILLER, ESQ.
                                                Fla. Bar No. 0009164